Jerry Lee **WAIDE, Jr.,** Plaintiff–Appellant,

v.

Graig **BELCOURT,** Doctor, Health Care Provider at Rynning Unit; et al., Defendants–Appellees.

No. 10–17518.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 25, 2012.

Jerry Lee Waide, Jr., Buckeye, AZ, pro se.

Michael E. Gottfried, Arizona Attorney General's Office, Phoenix, AZ, for Defendant–Appellee.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Jerry Lee Waide, Jr., an Arizona state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litiga-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust, and for clear error its factual determinations. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed Waide's action because Waide failed to exhaust administrative remedies prior to filing suit. *See Woodford v. Ngo*, 548 U.S. 81, 85, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (explaining that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules); *McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir.2002) (per curiam) (requiring exhaustion of administrative remedies prior to filing suit).

Waide's remaining contentions are unpersuasive.

All pending motions are denied.

**AFFIRMED.**